AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

WESTERN DISTRICT OF NEW YORK

Vincent A. Brock

**AMENDED JUDGMENT IN A CIVIL CASE**
CASE NUMBER: 00-CV-85

v.

Lester Wright, Dir. Of Facility Health Services
 For N.Y.S. Dept. of Corrections

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that in accordance with plaintiff's acceptance of the defendant's offer of judgment, judgment is entered in favor of plaintiff in the amount of $20,000.00 plus costs.
Further, Judgment is entered in favor of plaintiff in the amount of $36,180.00 for attorneys' fees and $2,971.51 for disbursements.

Date: October 5, 2005

RODNEY C. EARLY, CLERK

By:   s/Deborah M. Zeeb
        Deputy Clerk